UNITED STATES of America, Plaintiff—Appellee,

v.

Gary Edward NIXON, Defendant— Appellant.

No. 10–6134.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 25, 2010.

Decided: Sept. 13, 2010.

Gary Edward Nixon, Appellant Pro Se. Jennifer P. May–Parker, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Edward Nixon appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Nixon*, No. 7:04–cr–00085–F–1 (E.D.N.C. Dec. 15, 2009). We deny Nixon's motion for appointment of counsel. We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*